JUDGE DANIELS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 14 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

VICTOR TAM,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - x

INDICTMENT

07 CRIM. 416

COUNT ONE

The Grand Jury charges:

1.  On or about February 21, 2001, in the Southern District of New York, VICTOR TAM, the defendant, unlawfully, wilfully, and knowingly did make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, TAM provided an accomplice with a photograph of a third person, which photograph the accomplice submitted as part of an application for a United States passport in the accomplice's name but bearing the photograph of the third person, and drove the accomplice to the New York Passport Agency so that the accomplice could submit the application and obtain the passport.

(Title 18, United States Code, Sections 1542 and 2).

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VICTOR TAM,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 1542 & 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

5/14/07 Filed Indictment A/W issued.
case assigned to J. Daniels.

Pitman
U.S.M.J.