UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR TAM,<br><br>    Defendant. | NOTICE OF APPEARANCE<br><br>DOCKET NO. 1:07-cr-00416-GBD<br><br>DATE:  May 21, 2007 |

  PLEASE TAKE NOTICE that I have been retained by VICTOR TAM, the above named defendant, and enter my appearance on his behalf.  I was admitted to practice in this District on 08/1982.

**SIGNATURE** /s/ Merrill Rubin

**PRINT NAME**  Merrill Rubin

**BAR CODE**  MR4943

**OFFICE ADDRESS**

551 Fifth Avenue

Suite 514

New York, NY 10176

**PHONE NUMBER** (646) 217-0904
           (201) 523-3181 Mobile
           (646)349-4152 Fax