USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 0 2007

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2007

**VIA FACSIMILE – (212) 805-6737**

Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED**
The conference is adjourned to
November 1, 2007 at 9:30 a.m.
SEP 2 0 2007   *George B. Daniels*
HON. GEORGE B. DANIELS
LS

Re:   **United States v. Victor Tam**, 07 Cr. 416 (GBD)

Dear Judge Daniels:

Your Honor scheduled a status conference in this matter for September 20, 2007. Today, the Government was advised by Pretrial Services that Mr. Tam is currently participating in a thirty-day in-patient drug treatment program in Rhinebeck, New York. The program advised Pretrial Services that the defendant's absence from the program for even a day would have a negative impact on his treatment. Accordingly, the Government requests that the conference be adjourned until a date at least thirty days from today. Defense counsel consents to this request. The Government and defense counsel anticipate that a resolution of this matter will be reached once the defendant completes the drug treatment program.

Additionally, the Government respectfully requests that time be excluded under the Speedy Trial Act from today through the date of the rescheduled status conference, so that the defendant can complete the drug treatment program and then consider a resolution of the matter. Defense counsel consents to such an exclusion.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Lee Renzin
Assistant United States Attorney
Telephone:   (212) 637-2723

cc:   Merril Rubin, Esq. (By Facsimile – (646) 349-4152)
Jeffery Thomas Steimel, U.S. Pretrial Services (By Facsimile – (212) 805-4172)