**MERRILL RUBIN, LLC**  COUNSELORS AT LAW
551 FIFTH AVENUE, SUITE 514, NEW YORK, NY · 646-247-0904 · FAX 646-XXX-XXXX · e-mail: merrillrubin@post.harvard.edu

Merrill Rubin
Member NY & NJ Bars

November 1, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007

SO ORDERED

*George B. Daniels*

HON. GEORGE B. DANIELS

NOV 0 5 2007

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: <u>United States of America v. Victor Tam</u>
    Docket No. 1:07-cr-00416-GBD

Dear Judge Daniels:

I am the attorney for Victor Tam in connection with the above referenced matter. Mr. Tam recently successfully completed a month-long in-patient drug treatment program at the direction of Pretrial Services. During the course of the month in treatment, a warrant was issued for Mr. Tam in connection with a Pretrial Intervention Program (PTI) in Morris County, New Jersey. Mr. Tam learned of the warrant as a result of a record check conducted by Pretrial Services.

Mr. Tam's pretrial release conditions restrict his travel to the Southern and Eastern Districts of New York. I hereby request that the permissible travel area be expanded to include the District of New Jersey, so that Mr. Tam may respond to the warrant in Morristown, New Jersey.

I have spoken with both Jeffrey Steimel of Pretrial Services and AUSA Lee Renzin and they consent to the within request.

Thank you for your consideration in this matter.

Respectfully yours,

MERRILL RUBIN

cc: Lee Renzin, Esq., AUSA
    Jeffrey Steimel, U.S. Pretrial Services Officer